DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORRIS BERNARD HILL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3442

[March 1, 2017]

Appeal of order denying 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Mirman, Judge; L.T. Case No. 432003CF001639A.

Torris Bernard Hill, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***